**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dwaine Francis TEEL, Defendant–Appellant.**

**No. 01–7267.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 7, 2001.

Decided Jan. 16, 2002.

Dwaine Francis Teel, Pro Se. Yvonne Victoria Watford McKinney, Assistant

United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Dwaine Francis Teel seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Teel,* Nos. CR–95–55–F; CA–98–132–4–F (E.D.N.C. July 23, 2001). We deny the motion to authorize preparation of transcripts and production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*